AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*October 02, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JAVIER CORNELIO CRUZ-NAVA | ) | **4:25-mj-589** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2025__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 18 U.S.C. § 111(a)(1) & (b). | Count One: Assaulting, resisting, or impeding a person assisting a federal officer causing bodily injury, in violation of 18 U.S.C. § 111(a)(1) & (b). |
| | See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SA Terese Tessari
*Printed name and title*

Sworn to before me and signed by telephone.

Date: October 02, 2025

*Judge's signature*

City and state: Houston, Texas

Hon. Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

### COUNT ONE
*Assaulting, Resisting, or Impeding a Person Assisting a Federal Officer*

On October 1, 2025, in the Southern District of Texas, the defendant, **CORNELIO CRUZ-NAVA**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim, a Texas Department of Public Safety special agent assisting a federal officer and employee in the performance of official duties, and on account of that assistance, and caused physical contact, inflicted bodily injury, and did so with the intent to commit another felony, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JAVIER CORNELIO CRUZ-NAVA**, <br><br> Defendant. | Case No. __4:25-mj-589__ |

**Affidavit in Support of a Criminal Complaint**

I, Terese Tessari, being duly sworn, state under oath that:

**Introduction and Agent Background**

1. I am an investigative or law enforcement officer within the meaning of Section 2510 (7) of Title 18, United States Code, that is an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses against the United States.

2. My name is Terese Tessari, I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed by the FBI since December 5, 2021. I have gone through extensive special agent training at the FBI academy to include how to conduct interviews, the identification and collection of certain evidence, and how to investigate crime. I have specialized training in topics pertaining to law, search and seizure, and criminal law. Prior to attending the FBI academy, I spent approximately four years as a sworn police officer with Prince William County Police Department in Prince William County, Virginia. I also attended six months of training at the Prince William County Criminal Justice Academy. During my time as a law enforcement officer I have made multiple arrests, investigated a multitude of crimes, to include robberies and violent crimes, and had investigations successfully prosecuted in court.

1

## Purpose of Affidavit

3. The facts in this affidavit come from my personal observations, training, and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is made for the limited purpose of supporting a criminal complaint and arrest warrant and only intended to show that there is sufficient probable cause for the crime charged and does not set forth all my knowledge about this matter.

4. Based on the facts as set forth in this affidavit, there is probable cause to believe that on or about October 1, 2025, **JAVIER CORNELIO CRUZ-NAVA**, committed the offense of assaulting, resisting, or impeding a person assisting a federal officer causing bodily injury, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

## Facts Supporting Probable Cause

5. On October 1, 2025, in Harris County, Texas, FBI Special Agent N. Quesenberry and I interviewed a Texas Department of Public Safety ("DPS") Special Agent (hereinafter "Victim") who was assigned to "Operation Alliance" under the Enforcement and Removal Operations ("ERO") branch of U.S. Immigration and Customs Enforcement ("ICE"). Victim was assisting federal law officers with the performance of their immigration enforcement duties at the time of the events described herein.

6. Victim and other law enforcement agents were in Houston, Texas, conducting surveillance on known illegal aliens in the area of Willow Drive, Houston, Texas. At approximately 5:45 a.m., a traffic stop with emergency lights was conducted on a grey van registered to **JAVIER CORNELIO CRUZ-NAVA**, a verified illegal alien. Multiple police vehicles attempted the stop, three with blue and red lights activated. The driver of the van, later identified as **JAVIER CORNELIO CRUZ-NAVA**, failed to yield to law enforcement and

attempted to evade detainment. Multiple unmarked police cars, three of which with lights activated, conducted a vehicle containment technique ("VCT") to control the van.

7. Once the van came to a stop, **JAVIER CORNELIO CRUZ-NAVA** exited the vehicle and began to evade detainment on foot. Victim then initiated a foot pursuit in an attempt to detain **JAVIER CORNELIO CRUZ-NAVA**. Victim exited his vehicle wearing a vest clearly labeled as police and his badge displayed on his belt beside his duty weapon. After chasing **JAVIER CORNELIO CRUZ-NAVA** approximately 20 yards, Victim grabbed onto a part of **JAVIER CORNELIO CRUZ-NAVA**'s hood which **JAVIER CORNELIO CRUZ-NAVA** slid off and continued to evade. Victim then attempted to detain **JAVIER CORNELIO CRUZ-NAVA** using a technique which involves wrapping both arms around the subject to take the rear. Before Victim could fully detain **JAVIER CORNELIO CRUZ-NAVA**, **JAVIER CORNELIO CRUZ-NAVA** lunged and threw the Victim into a pronged wrought iron fence, injuring Victim. **JAVIER CORNELIO CRUZ-NAVA** continued to flee and ran into a nearby apartment where he was later arrested.

8. Victim was able to call for assistance over the radio alerting other law enforcement personnel of his injuries. Victim sustained two headwounds and was treated at a nearby hospital for the injuries he sustained.




9. Based on the foregoing facts, I believe that probable cause exists for the issuance of a complaint and arrest warrant for **JAVIER CORNELIO CRUZ-NAVA** for assaulting, resisting, or impeding a person assisting a federal officer causing bodily injury, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

_____
Terese Tessari
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically this 2nd day of October 2025, and I find probable cause.

_____
HONORABLE RICHARD W. BENNETT
United States Magistrate Judge
Southern District of Texas

4