**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | **Case No. 4:25-cr-530** |
| v. | **COUNT ONE** |
| **JAVIER CORNELIO CRUZ-NAVA**, | *Assaulting, Resisting, or Impeding a Person Assisting a Federal Officer* |
| Defendant. | 18 U.S.C. § 111(a)(1) & (b) |
| | NMT 20 Years' Imprisonment |
| | NMT $250,000 Fine |
| | NMT 3 Years' Supervised Release |
| | Class C Felony |
| | |
| | **COUNT TWO** |
| | *Unlawful Reentry into the United States* |
| | 8 U.S.C. § 1326(a) |
| | NMT 2 Years' Imprisonment |
| | NMT $250,000 Fine |
| | NMT 1 Year' Supervised Release |
| | Class E Felony |
| | |
| | $100 Special Assessment (Each Count) |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Assaulting, Resisting, or Impeding a Person Assisting a Federal Officer*

On or about October 1, 2025, in the Southern District of Texas, the defendant,

**CORNELIO CRUZ-NAVA**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated

in 18 U.S.C. § 1114, to wit: Victim, a Texas Department of Public Safety special agent assisting a

federal officer and employee in the performance of official duties, during the performance thereof

and on account of that assistance, and caused physical contact, inflicted bodily injury, and did so

1

with the intent to commit another felony, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

## COUNT TWO
*Unlawful Reentry into the United States*

On or about October 1, 2025, in the Southern District of Texas, the defendant,

## CORNELIO CRUZ-NAVA,

an alien who previously had been denied admission, excluded, deported, and removed from the United States, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, in violation of Title 8, United States Code, Section 1326(a).

**A TRUE BILL.**

**NICHOLAS J. GANJEI**
United States Attorney

*John S. Ganz*

**John Sergei Ganz**
Assistant United States Attorney
Southern District of Texas

Original Signature on File
_____
**FOREPERSON OF THE GRAND JURY**

DATED: ____10 - 8 - 25____
Houston, Texas