IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.            Cr. No. H-25-530

**JAVIER CORNELIO CRUZ-NAVA**

## UNOPPOSED MOTION FOR CONTINUANCE

Javier Cornelio Cruz-Nava, moves this Court for a 60-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Javier Cornelio Cruz-Nava is charged with assaulting, resisting or impeding a federal officer, and unlawful re-entry in the United States. The pretrial motions deadline was January 20, 2026, the pretrial conference is set for February 9, 2026, and trial is set for February 17, 2026.

Undersigned counsel needs more time to review the discovery, conduct any independent investigation, and to consult with Mr. Cruz-Nava. There are certain legal and factual issues in this case that require further investigation.

Javier Cornelio Cruz-Nava respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The Government is unopposed to this Motion for Continuance.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Kurtis Johnson
KURTIS JOHNSON
Assistant Federal Public Defender
Attorney in Charge
Florida State Bar ID No. 1024789
Southern District of Texas No. 3887381
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, TX 77002-1056
    Telephone:  713.718.4600
    Fax:         713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney John Ganz and determined that the United States is unopposed to this Motion for Continuance.

s/ Kurtis Johnson
KURTIS JOHNSON

## CERTIFICATE OF SERVICE

I certify that on February 5, 2026, a copy of the foregoing Unopposed Motion for Continuance was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney John Ganz.

s/ Kurtis Johnson
KURTIS JOHNSON